Donald Clark Cox
Name, Prisoner ID # 215181

SSN: 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

DL Moss / C.J.C.
Address

300 N. Denver ave. Tulsa, Ok 74103-1420

**F I L E D**

DEC - 7 2005

Phil Lombardi, Clerk
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

Donald Clark Cox _____, Plaintiff(s)
(Full Name)

v.

Stanley Glanz _____, Defendant(s)
Tulsa County Sheriff et. al

**05CV 69 0 HDC- FHM**

Case No. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO 42 U.S.C. §1983

A.  **PARTIES**

1)  Donald Clark Cox _____, is a citizen of Oklahoma
    (Plaintiff)                              (State)

who presently resides at David L. Moss/C.J.C. 300 N. Denver AVE.
                         (mailing address or place of confinement)

Tulsa, Oklahoma 74103-1420

2)  Defendant Stanley Glanz _____ is a citizen of
              (Name of first defendant)

Tulsa, Oklahoma _____, and is employed
(City, State)

as Sheriff - Tulsa County _____.
   (Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color
of state law?   Yes ☒ No ☐
If your answer is "Yes", briefly explain:
Sheriff Glanz is head of David L. Moss Criminal Justice
Center to where I'm currently being wrongfully held or housed.

(3 Summons/3 USM)                    Page 4

3) Defendant _Brent Fatkin_ is a citizen of
(Name of second defendant)

_Tulsa_                    _Oklahoma_, and is employed
(City, State)

as _Administrative Director/Southern Corrections Systems, Inc._
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐.

If your answer is "Yes", briefly explain:

_Mr. Fatkin is facility head of Avalon Community Corrections facility in which petitioner was being housed at the time of incident._

*[You may attach one additional page (8½" x 11") to furnish the above information for additional defendants.]*

## B.   JURISDICTION

1)   Jurisdiction is asserted pursuant to: (Check one)

☑   42 U.S.C. §1983 (applies to state prisoners)

☐   *Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics.*
403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2)   Jurisdiction also in invoked pursuant to 28 U.S.C. §1343(a)(3).   (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_§ 1997(a-e) Injunctive Relief   Declaratory Judgement_

## C.   NATURE OF CASE

1)   Briefly state the background of your case. _Petitioner claims to being held well after his discharge date of September 30, 2005, as well as not being immediately released upon the District Judge's court order being rendered twice._

## D.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a   (1)   Count I _Violations of Civil and Constitutional Rights of the Fifth Amendments - the Right to "Due-Process_

— Additional Defendants —

Defendant #(3) – Ann Tandy / Contract Administrator,

#(4)-Allen Woodworth / Case manager - Supervisor
#(5)-Kevin Newberry / Case manger - Supervisor
#(6)-Greg Province / District Supervisor
#(7)-Johnny Blevins / assist District Supervisor
#(8)-Rick Parish / Assist Deputy Director
#(9)-Reginald Hines / assist Deputy Director
#(10)-Greta Hawthorne / Administrative assist #1 / Case manager aid

as named above, are all citizens of Tulsa, Okla.
and are employed at their respective positions, also as
named above for Southern Corrections Systems, Inc.

And all said defendants were acting under color of
State law, at the time at this claim as alleged arose.
To Explain: All said defendant were in active duty when
this act occurred. Yes ☑  NO ☐

Defendants #(11)-James Saffle / President - Avalon Corr. Ser. + South Corr. ser.
# (12) – Justin Jones / Director - State of Oklahoma (OK-Dept. of Corr - Div of Con Corr
# (13) – Ron Ward / Former Director / State of Okla. Dept. of Corr. (Div of Comra Corr.)
❋ (14) -

as named above, are all citizens of Oklahoma City, Okla.
and are employed at their respective positions, also as named
above for State of Oklahoma Department of Corrections.
And, yes ☑ NO ☐ were all acting under color of law, State.
at the time this claim arose. Each at their own position.
Page 5-A

# Additional Defendants

Defendants #(14) — Lt. Simpson / Correction officer
#(15) — Ms. Barnett / Chief of Security
#(16) — Ms. Freeman / assistant Administrator
#(17) — Andrew Pierce / Detention Hearing Officer
#(18) — Ms. Duncan / avalon Administration Staff
#(19) — Ms-Lynch / avalon - Counselor

as named above, are all Citizens of Tulsa, Oklahoma and are employed as stated above in their Respective positions at Avalon Comm Corrections Facility at Tulsa - 302 W. Archer - Tulsa, Ok 74103

and yes ☒ NO ☐, were all acting under color of State law at time the alleged claim arose. To Explain: all parties were indeed on duty as claims alleged.

page 5-A (continued)

D.

*Cause of Action*

1) a. (1) Count I.

Supporting facts: Petitioner/Plaintiff claim for violations of his Fifth, Eighth, and Fourteenth Amendment Rights are in the present and most obviously clear fact that, Tulsa County Sheriff- Mr. Stanley Glanz, named as first defendant in this Civil Rights Complaint is Responsible for wronsfully and illegally holding plaintiff- Mr. Donald Clark Cox well after his discharge date of a sentence that he has clearly Satisfied on September 30, 2005, even after and upon the District Court Judges Honorable Judge Otey, and Honorable Judge Jesse Harris's issuence of an immediate "Court Ordered" Release, with, Judge Otey's order on September 19, 2005 some (11) eleven days prior to plaintiff's Release and discharge date of Sept. 30, 2005, and with Judge Harris's order being Rendered on November 10, 2005, some (40) forty- days proceeding plaintiff's projected Release and discharge date of 9-30-2005.

These Honorable Judges order for Releases are stemming from plaintiff being issued a "write-up" or "misconduct infraction" for an alleged escape charge while being formerly housed at Avalon Community Corrections facility to which is a private institution but, affiliated with Southern Corrections Systems, Inc and Governed by State of Oklahoma Department of Corrections-Division of Community Corrections. The incident of alleged escape occurred on the day of September 10, 2005. With those (2) two Honorable Judges direct order for Plaintiff's immediate Release being totally ignored by Sheriff- Stanley Glanz and all agents involved, clearly Signifies a definite deliberate indifference to plaintiff's Civil and Constitutional Right to receive "Due Process" to which is a severe violations of an inmates Right. Plaintiff was not provided a fair nor impartial hearing from the Administration officials at Avalon Comm. Corr. to be conducted by Detention Hearing Officer-Mr. Pierce.

Page 5-a

(Cause of Action)
(Count I - Continued)

Count I - Supporting facts:

I also was not provided a fair chance when returning late from my workplace - Oklahoma Fixtures Inc / Tulsa, Oklahoma that same evening when I had placed a phone call to the Avalon Center to announce that I would be returning late to the center. That call was taken by Correction Officer - Mr. Simpson to which was later discovered that Mr. Simpson did so fail to log-in my phone call in which I did place prior to my arrival to the Avalon Center at approximately 10:10 pm only (2) two hours later than my designated time of usually signing-in at 8:00 pm daily. It is well known that Mr. Simpson regularly accepts payment from clients at Avalon Comm. Corr. Center when upon one's arriving later than his designated time of returning to the center. I blatantly refused to be intimidated or threatened by Mr. Simpson to illegally pay him for not citing me for arriving late to the center, thus this the only and clear reason why he immediately announced that I was being cited for escape even though I arrived at the center prepared to sign in at that appropriate time late or not, and that he refused to permit me to sign-in as records will display. Both Judges ability to justly see through the cause clearly determined their decision to dismiss the frivolous charge of escape, especially I, plaintiff was placed under arrest there at the Avalon Center by Tulsa Police Officers with no incident. Your Honor, this act clearly displays the obvious intent to place a tremendous burden on my completing a sentencing term. I assert to your immediate authority that view my complaint as a direct hardship and too, that this is indeed a serious violation of my Civil and Constitutional Rights as a prisoner in custody of this State of Oklahoma as well as a definite violation of my Fifth Amendment right of Due Process.

Cause of action

B. Count II – Supporting facts: In my claim of violations of my Right to receive "Equal Protection of The LAW" is in the fact that I am indeed being blatantly denied release from State custody even after the fact that my sentencing term has been clearly satisfied as of September 30, 2005 and that not one, but two District Court Judges – Honorable Judge Otey and Honorable Judge Harris dismissed the chase of escape from a community Corrections facility, first on dismissal of the alleged offense that occurred on the day of September 10, 2005, ordered by Judge Otey, then on dismissal was ordered September 19, 2005. Eleven days prior to my Rejected release date of September 30, 2005. Then on Judge Harris' order for dismissal warranted on the day of November 10, 2005, some (40) forty days after my release date had past. Your Honor, it is surely in order to seek relief through a "Civil Rights Complaint" as a prisoner in the custody of the State of Oklahoma as the blatant ignorence by Sheriff—Stanley Glanz and the Administrative Director of Avalon Comm. Corrections – Mr. Brent Fatkin to Respect the District Court Judges decisions to dismiss the chages against me. Their tandem actions are most certainly placing a direct and tremendous burden upon me completing my sentence to which has clearly been satisfied as my obligation to the state is complete. These acts are both, violations of my Fifth, and Eighth Amendments.

D.                          — Cause of action —

C.   Count III — Supporting facts:

In my claim for obvious violations in a serious sense to my "Fourteenth Amendent" Right to Remain free from of "Cruel and Unusual Punishment" is clear and conclusive evidence of its intentional and direct occurrence by the mere fact that I have satisfied my sentence and the Administrative officials, Head Administrective Director — Mr. Brent Fatkin, Lt. Simpson, also of Avalon Comm Corrections, Detention Hearing Officer — Mr. Andrew Pierce, Ms. Greta Hawthorne — Administrative Assistant #1 / Case Manager — Aide, Case Manager / Supervisor — Mr. Allen Woodworth, Avalon Correctional Services, Inc + Southern Corrections Systems, Inc — President / Mr. James L. Saffle, Contract Administrator / Division of Community Corrections — Ms. Ann Tandy, Assistant Deputy Director / Mr. Reginald Hines, District Supervisor — Mr. Greg Province, Director of State of Oklahoma — Oklahoma Department of Corrections Division of Community Corrections - Director — Mr. Ron J. Ward, Tulsa County Sheriff / and David L. Moss Criminal Justice Center Administrative Director — Mr. Stanley Glanz and all other County Deputy Sheriff's and agents involved are continuing to attempt to punish me for a clearly and decisively dismissed infraction that should have been rendered as void from my prison misconduct record. These officials of Avalon Comm. Corr. are continuing to deny me the Right to access of my moneys that are in their possession as well as continue to subtract money or payment for housing subsistance as though I am still being housed there at Avalon Comm Corr. as it is clear that I have been here at David L. Moss Criminal Justice Center for approximately (80) eighty days since September 10, 2005 through this date of November 29, 2005.

5-D

-Cause of Action-

D.            (Conclusion)

Your Honor, I truly trust that you see clean through these malicious acts as I have diligently attempted to put into detail as best that I am literately capable. I duly apologize for the manner that I am forced to address your Honorable Court in an improfessional manner, hand-writing!

Would the court please notice that I can not afford nor forward the necessary amount of copies instructed by the court for I am indeed indigent and at a serious disadvantage. I will gladly and most respectfully pay for the filing process fee, if your honor could possibly retrieve my trust fund account from the defendants, at which are at a more than enough amount in which to satisfy payment!

I respectfully submit this complaint in open-hearted trust that I be granted all such relief as I have most thoroughly requested, and duly appreciate your Honor's personal observation as well as his time. I look forward to a most respectful reply and an expeditious resolve. Thank you for your time that this may absorb from your (I'm quite sure) busy and complicated schedule. "May God Bless You, Merry Christmas, and Happy New Year"

Respectfully Submitted,
Donald Cox
Donald Cox

Donald Clark Cox
#215181 — #0112399
David L. Moss/C.J.C.
300 N. Denver ave.
Tulsa, OK. 74103-1420



(2)    Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

*I have attached additional pages to create space in which to explain supporting facts.*

b    (1)    Count II:

*Violations of Civil and Constitutional Rights of a prisoner of the Eighth Amendments — the Right to "Equal Protection of the Law."*

(2)    Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

*Attached are additional pages in order to create space in which to list supporting facts.*

C    (1)    Count III:

*Violations of Civil and Constitutional Rights of a prisoner in state custody — the Fourteenth Admendments — the Right to be free from Cruel and Unusul Punishment*

(2)    Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

*Petitioner has attached additional pages in order to create space in which to explain Supporting facts.*

## E.    PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐  No ☑
If your answer is "Yes," describe each lawsuit.  *[If there is more than one lawsuit, describe this each additional lawsuit using the same format on a blank sheet of paper which you should label "E.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF."]*

a) Parties to previous lawsuit:

Plaintiffs: _____ *N/A* _____

Defendants: _____

b) Name and Location of Court and docket number _____

_____

c) Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)_____

_____

d) Issues raised _____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   Yes ☑ No ☐.
If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not sought.
*Petitioner Submitted written notices to Adm. Director - Mr. Fatkin, with no such response, written notices to Ms. Ann Tandy/Contract Admin. with a response of remedy denial and a host of other request as well. Plaintiff will attch. proof.*

3) I have exhausted available administrative remedies   Yes ☑ No ☐.

If your answer is "Yes" briefly explain the steps taken.  Attach proof of exhaustion. If your answer is "No" briefly explain why administrative remedies were not exhausted.
*Petitioner has exhausted available administrative remedy as explained above - with attached proof.*

## F.   PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1) If you are proceeding under 28 U.S.C. §1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Please describe each civil action or appeal. *[If there is more that one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet of paper which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."]*

a) Parties to previous lawsuit:

Plaintiffs _____ *N/A*

Defendants: _____

b)   Name and Location of Court and docket number _____

_____

c)   Grounds for dismissal: [   ] frivolous   [   ] malicious   [   ] failure to state a claim upon which relief may be granted.

d)   Approximate date of filing lawsuit _____

e)   Approximate date of disposition _____

2)   Are you in imminent danger of serious physical injury? ☒ Yes No ☐.  If your answer is "Yes" please describe the facts in detail below without citing legal authority or argument. *Petitioner is being currently housed in the most violent housing Unit for violent offenders at David L Moss/CJC.*

## G.   REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief: *Immediate "Court Ordered" Re-lease, Injunctive Relief, Trial by Jury, Monetary, Compensatory, and Punitive award for damages Sustained in the Sum of $5,000,000.00 Five-Million Dollars.*

_____                    *Donald Clack Cof*

Original Signature of Attorney (if any)        Original Signature of Petitioner

_____

_____

_____

Attorney's full address and
telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at *D.L. Moss/CJC 300 N. Denver ave Tulsa Ok*  on *November 22, 2005* .
                  (Location)                                                          (Date)

*Donald Clack Cof*

**TULSA COUNTY SHERIFF**

### David L. Moss Criminal Justice Center

## INMATE REQUEST FORM

TO: _Ms Woods_                                              DATE: _11-28-05_

(List Name of Staff and/or Position)

FROM: _Donald Cox_            _0112399_         _J-4-C1_

Inmate Name (Printed)              Inmate Number           Housing

RECEIVED: _J. Taylor_                                   DATE: _____

(Detention Officer)

REQUEST: _I would LiKE A Copy of my Amount and Balance in my Account._

INMATE SIGNATURE: _Donald cox_

STAFF RESPONSE: _balance is $4.21, see printout_

STAFF SIGNATURE: _Strope_                          DATE: _11-28-05_

### THIS IS NOT A GRIEVANCE

Form 5042 QPC (6-05)                Original - Inmate        Canary - Records

# DEPARTMENT OF CORRECTIONS OFFENSE REPORT

Parole/Comm/PPCS Dkt. Date _____

Name of Facility _Avalon_

Facility Computer Code _92A_

Inmate Name: _Cox, Donald_   DOC # _215181_   Date of Offense: _9-10-05_   Time: _approx 9:45pm_

Place of Offense: _Avalon_   Housing Assignment: _D13 B15_

Offense: _Escape_   Offense Computer Code: _16-1_   Class of Offense: _X_

**Description of Incident (to include any unusual inmate behavior)**

ON 9-10-05 AT APPROX 4:00AM I/M COX Signed Out for work with a Return time of 8:00pm. AT 9:45pm I/M Cox was NOT on Center. Escape procedure was started.

**Staff or Inmate Witness (if any)** LT. Simpson, C/M chang, C/M MASSAD

**Disposition of Physical Evidence (if any)** _____

**Immediate Action Taken (to include the use of force and prehearing detention)**

Wrote Misconduct, Implemented Escape procedures

Name and Title of Reporting Employee

Name _Simpson_

Title _LT_

Signature of Reporting Employee _Simpson_

Date _9/10/05_   Time _11:30pm_

Name and Title of Accepting Staff Member

Name _____

Title _____

Date ___/___/___   Time _____

Referred for Investigation by

Name _____

Date ___/___/___   Time _____

_____ I have received a copy of the written charge against me. I realize that I have a right to remain silent and I understand that I have a right to an impartial hearing.

_____ I request a hearing.

_____ I request a hearing, but I waive my right to 24 hours preparation time.

_____ I waive my right to a disciplinary hearing on the above charge. I do this of my own free choice with full knowledge that this shall be considered as a plea of guilty and that allowable sanctions be imposed with no right for appeal.

Inmate's Signature _____   DOC # _____   Date ___/___/___   Time: _____

_____ Inmate chose not to sign for a copy of the Offense Report at this time.

Misconduct Report Delivered to above inmate by _____   Date Delivered: _____   Time Delivered: _____

Your disciplinary hearing will be scheduled on a docket which will commence within the next 7 days (excluding weekends and holidays) from the acceptance by the shift supervisor/unit manager. Inmates supervised by Probation and Parole will have a hearing scheduled on a docket which will commence within seven days (excluding weekends and holidays) from the receipt of this report.

ORIGINAL:        Commitment Document Folder
FIRST COPY:      Field file
SECOND COPY:  Inmate
THIRD COPY:      Director

DOC 060125A (R 5/04)

Tape No. _____ Side _____ A _____ Footage _____

# DISCIPLINARY HEARING ACTIONS

I. Name of Facility __Avalon HcH1__  Facility Code __92 A__  Date of Violation __9/16/05__
   Name of Inmate __CCV__ __Donald__
   _____Last Name_____First Name_____M.I.
   Violation ___Escape___  Violation Code __16-1__  Class of Offense __X__
   Hearing Date __9/15/05__ DOC # __215181__  Time __2:10 PM__ Place __D.C.MCSS__

II. I understand that I waive the opportunity of this case being appealed if I plead guilty to this offense.

   _____
   Inmate's Name and Number

   PLEA: 1. Guilty _____ Inmate's Initials _____ 2. Not Guilty _____ Inmate's Initials _____

   Confidential Statements: I have independently reviewed the reliability statement and have found that it sufficiently supports the reliability of the confidential witness statement(s).

   _____
   Disciplinary Officer's Signature

III. Finding With Vote Records
    1. Guilty __X__        2. Not Guilty _____
    Evidence relied on for finding of Guilt: _contains report, escape report and incident reports by Co. management. Inm. Cherry states that Inm. Cox did go to center at Eicapm at K.IC Inm. a fence client and left without specific permission/order without No finding re Inm. (9/9) copy of offense Sanction/Sec chart Inm Cox client no criminal reported_

IV.
   Punishment Imposed: 1. __Disciplinary pc x 2 days__        Sanction Code __X-1__   Suspension __No__ for __0__ days
                       2. __Prev DCS ECCPts__            __X-2__                    __No__ for __0__ days
                       3. __Restriction 1 x 90 days__      __V-3__                    __No__ for __0__ days

   Basis for punishment imposed __To hold Inmate Cox accountable for his actions and to deter future rule violations__

   Disciplinary Officer Signature __Andrew Pearce (DHC)__

V. As a result of conviction for subsequent offense prior to expiration of the suspended punishment, the previous suspended punishment is hereby revoked: to run consecutive to the new punishment.
   Previous Violation: _____
   Previous Punishment: 1. _____ 2. _____ 3. _____
   Date of Imposition: ____/____/____

   Facility Head Review __✓__ Affirm _____ Dismissed _____ Modified _____ Order for re-hearing

   Date __9/16/05__ Signature _____

VI. I have received a copy of the disposition.   Date __9/16/05__

   Inmate's Signature and Number __Inmate Cox Refuse to sign. Co. Pearce gave__
   ORIGINAL:    Director, if Appealed __Inm Cox his Copy__
   FIRST COPY:  Field File                              __Pearce__
   SECOND COPY: Inmate
   I:\DOCFORMS\060125C.WPD                              DOC 060125C Section 6 (0396)



# AVALON
## CORRECTIONAL SERVICES, INC.
### & Southern Corrections Systems, Inc.
(a wholly owned subsidiary)
www.avaloncorrections.com
13401 Railway Drive, Oklahoma City, Oklahoma 73114
Telephone 405/752-8802 or 800/919-9113 • Fax 405/752-8852

November 7, 2005

Donald Cox, #215181
David L. Moss Criminal Justice Center
300 N. Denver
Tulsa, OK 74103

Re: Request to Staff

Dear Mr. Cox:

I am returning the Request to Staff forms you submitted to me. I am not employed by the Oklahoma Department of Corrections and you need to submit your request for information to the facility to which you are assigned or to the Oklahoma Department of Corrections.

Your correspondence enclosing the Request to Staff forms were forwarded to me by Tulsa County District Community Corrections. They could have directed your correspondence back to you or to the appropriate facility, but failed to do so.

Sincerely,

James L. Saffle
President

Enclosures

TULSA COUNTY SHERIFF'S
# PRISONER GRIEVANCE FORM
### (For Sheriff's Office use only)

PRISONER'S NAME  *Donald Cox*
### (Please Print Full Name)

DATE/TIME  *9-30-05*     CELL# / BED #  *POD #4 C2*

GRIEVANCE  *I was charged with an escape charge. The judge is just dismissed my charge Sept 14 my discharge date Sep 30 as ??? they said I owed 13 months flat ??? I wish to have you ??? Date and release me. Thank you. ??? officers*

PRISONER'S SIGNATURE  *Donald Cox*

OFFICER'S SIGNATURE  *M Major*   I.D. #  *M-3689*   DATE/TIME RECEIVED  *9-30-05 1145*

RESPONSE  *You are being held on a DOC Hold right Now, DCC will have To release Their Hold or Tell us When To Transport you.*

RESPONDENT'S SIGNATURE
AND TITLE  *Capt F-1500*    MAN #  *F-1430*   DATE/TIME  *1645*
*10-02-05*

PRISONER'S SIGNATURE  *X Donald Cox*    DATE/TIME  *10-02-05*

Signature is acknowledgement of response, not agreement of response.

Form 2413 (Rev. 6-05)

RON J. WARD
DIRECTOR



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**DIVISION OF COMMUNITY CORRECTIONS**

October 24, 2005

Mr. Donald Cox, #215181
David L. Moss
300 N. Denver
Tulsa, Ok 74103

Dear Mr. Cox,

I am in receipt of all your letters concerning your misconduct. I am enclosing the Disciplinary Policy which covers, due process, hearings, appeals, and time frames.

You have requested Department Operations Policy on Escapes, which Ms. Hawthorne provided to you; however there is no individual policy on escapes from halfway houses or unauthorized areas. Anytime a client is unaccounted for it can be considered an escape.  Per Mr. Fatkin, you were to return to the facility at 8:00 p.m. and when you did not return, attempts to locate you at your job were unsuccessful.  At this time, the host facility was notified and they started the escape checklist.  Once the checklist is completed and it is called into the DOC hotline, it is considered an escape.  It is irrelevant whether or not the District Attorney failed to charge you with escape.  Those charges have nothing to do with the misconduct process.

I hope this answers your questions.  Additional questions may be addressed to Allen Woodworth, Case Manager Supervisor, Tulsa District Community Corrections, 440 S. Houston, Ste. 701, Tulsa, OK 74127 as he is Ms. Hawthorne's supervisor and his office is responsible for case management while you are in David L. Moss.

Respectfully,

*Ann Tandy*

Ann Tandy
Contract Administrator
Division of Community Corrections

cc:   Reginald Hines, Assistant Deputy Director
      Greg Province, District Supervisor

Oklahoma Department of Corrections
Time Sheet
For the Month of :    October 31, 20

Current Days Remaining Report for:    215181    *J-4*    COX, DONALD C

Case Supervisor:    NEWBERRY, KEVIN

Housing Unit:    D2CCC-TULSA CO JAIL

CRF #    2003-3272    Counts: 1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 30 SEP 2005 | | | | | | 407 |
| 31 OCT 2005 | 31 | 0 | 0 | 0 | 31 | 376 |

Comments:

OMS0025M

JUSTIN JONES
DIRECTOR



BRAD HENRY
GOVERNOR

**STATE OF OKLAHOMA**
**OKLAHOMA DEPARTMENT OF CORRECTIONS**
**DIVISION OF COMMUNITY CORRECTIONS**

November 28, 2005

Mr. Donald Cox, #215181
David L. Moss Criminal Justice Center
300 N. Denver
Tulsa, OK 74103

Dear Mr. Cox,

I am in receipt of your request to staff concerning your question as to why you have not been released from jail since the district court failed to charge you with escape. Even though the court decided to dismiss the escape charges, this has nothing to do with your misconduct; which is an administrative action and the court has no jurisdiction. You were charged with an escape misconduct due to your failure to return to the facility at the appropriate time and are no longer eligible to be at Avalon with a Class X misconduct.

Policy is mandated by the Department of Corrections, not Southern Corrections Systems, Inc. and once your misconduct was completed your file was turned over to Tulsa District Community Corrections for all case management issues until your transfer to a DOC facility.

I have forwarded your request for a disbursement to Mr. Johnny Blevins, Assistant District Supervisor and all future correspondence should be directed to them as they now oversee your file, not Avalon.

I hope this answers your questions and please feel free to contact me should you require additional information.

Respectfully,

Ann Tandy
Contract Administrator
Division of Community Corrections

cc:     Johnny Blevins, Assistant District Supervisor
        Rick Parish, Assistant Deputy Director

**TULSA COUNTY SHERIFF**

David L. Moss Criminal Justice Center

## INMATE REQUEST FORM

TO: _hall library_       DATE: _11-11-05_
    (List Name of Staff and/or Position)

FROM: _Donald Cox_        _211239 9_        _J-4-C_
     (Inmate Name (Printed))    Inmate Number     Housing

RECEIVED: _DeLouis_                    DATE: _11/11/05_
         (Detention Officer)                _11/14/05_

REQUEST: _I need to go to the law library to study for_
_my appeal at an class x write up. I need go see_
_the D.O.C. opps_

INMATE SIGNATURE: _Donald Cox_

STAFF RESPONSE: _No this can come to the library at this time_
_Do not have D.O.C. opps_

STAFF SIGNATURE: _SS_                DATE: _11/14/05_

**THIS IS NOT A GRIEVANCE**

Form 5042 QPC (6-05)        Original - Inmate      Canary - Records

**RON J. WARD**
**DIRECTOR**



**BRAD HENRY**
**GOVERNOR**

### STATE OF OKLAHOMA

### OKLAHOMA DEPARTMENT OF CORRECTIONS

### TULSA COUNTY DISTRICT COMMUNITY CORRECTIONS

September 22, 2005

Memorandum

To:     Donald Cox
        #215181

From:   Greta Hawthorne
        Administrative Assistant I
        Case Manager-Aide

Re:     Personal Face to Face Contact

Mr. Cox,

When we spoke on September 21, 2005, you stated that you had no concerns or needs at this time.  There should be someone from Avalon to serve you your Misconduct, when this happens I will be preparing your Packet for transfer.

If I can address any other concerns or needs that you may have while you are housed at the David L. Moss Criminal Justice Center, please do not hesitate to contact me by Request of Staff.  These forms were submitted to you on 9-21-05.

Thanks in advance,

*Greta F. Hawthorne*

Greta F. Hawthorne



**RON J. WARD**
**DIRECTOR**

**BRAD HENRY**
**GOVERNOR**

**STATE OF OKLAHOMA**

**OKLAHOMA DEPARTMENT OF CORRECTIONS**

**TULSA COUNTY DISTRICT COMMUNITY CORRECTIONS**

September 22, 2005

Memorandum

To:     Donald Cox
        #215181

From:   Greta Hawthorne
        Administrative Assistant I
        Case Manager-Aide

Re:     Personal Face to Face Contact

Mr. Cox,

When we spoke on September 21, 2005, you stated that you had no concerns or needs at this time.  There should be someone from Avalon to serve you your Misconduct, when this happens I will be preparing your Packet for transfer.

If I can address any other concerns or needs that you may have while you are housed at the David L. Moss Criminal Justice Center, please do not hesitate to contact me by Request of Staff.  These forms were submitted to you on 9-21-05.


Thanks in advance,

*Greta F. Hawthorne*

Greta F. Hawthorne

TULSA COUNTY SHERIFF

### David L. Moss Criminal Justice Center

## INMATE REQUEST FORM

TO: Huckaby
(List Name of Staff and/or Position)

DATE: 9-30-05

FROM: Donald COX
Inmate Name (Printed)

0112399
215181

Inmate Number

J-4 C2

Housing

RECEIVED: M. Major
(Detention Officer)

DATE: 9-30-05

REQUEST: I had A escape charge it was Disissed 9-19-05, I have A Doc Hold I was to Dischrg from D.O.C 9-30-05, why am I still at David L. Moss

INMATE SIGNATURE: Donald Cox

STAFF RESPONSE: You have a hold for DOC

STAFF SIGNATURE: _____

DATE: 10 9 05

### THIS IS NOT A GRIEVANCE

Form 5042 QPC (6-05)

Original - Inmate          Canary - Records

Mr spoon Wrote the Mr Scott(er)
like I didn't come Back to the
Aviation I don't understand if he
Did that ▮▮▮ wrong for doing
that He didn't tal the TRUE

Disbursement

Why

really

hopins

## REQUEST TO STAFF

TO: _James Soffle_   FACILITY/UNIT ___D2___   DATE: _10-26-05_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance # _____
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do ____ do not _✓_ have a lawsuit of any type pending or planned that relates in anyway to this issue.
This request _____ does _____ does not relate to a pending misconduct report.  If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance.  This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

On 9-14-05 I received a class x misconduct for escape 16.4. Soon afterwoods on 9-19-05 I went to court on my charge of escape on Tulsa county and the judge dismissed the charge of escape on Tulsa county and ordered my release on 9-16-05. I was found guilty on my misconduct and given sanctions of 365 days lost 90 days level lost and
(USE OTHER SIDE IF MORE SPACE IS NEEDED) disciplinary, 30 days

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I would like to know how can I be found innocent on Tulsa county courts of law of escape and guilty at Avalon H.u.H for Escape          (my Discharge Date was 9-30-05)

NAME: _Donald Cox_   NUMBER: _011239_   UNIT & CELL NUMBER: _J-4_
(PRINT)                    _Doc-215181_
SIGNATURE: _Donald Cox_   R. L. Howe My commission expires 10-8-07
                              Notairy   WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION: _____

_____

_____

_____

STAFF MEMBER _____   DATE _____

DOC 090124D (R 6/05)

# REQUEST TO STAFF

TO: _James Saffle_ FACILITY/UNIT __D2__ DATE: _10-26-05_
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not _✓_ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: _____ facility: _____ grievance # _____
I affirm that I do ____ do not _✓_ have a grievance pending on this issue.
I affirm that I do ____ do not _✓_ have a lawsuit of any type pending or planned that relates in anyway to this issue.
This request _____ does _____ does not relate to a pending misconduct report.  If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:**  State completely, but briefly, the problem on which you desire assistance.  This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff."  Your failure to specifically state your problem may result in this being returned unanswered.

This is for my Appeal. I would like the opps on escape from a halfway house or private halfway house facility. Along with the codes and class of offense. I would also like opps on unauthorized area along with the codes and class of offense. I would like opps on escape 16-z along with the codes and class of offense. I would like opps on due process.

(USE OTHER SIDE IF MORE SPACE IS NEEDED)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

I should receive your opps on escape from a HWH and your opps on present in unauthorized AREA.

NAME: _Donald Cox_     D.O.C. 215181     NUMBER: _0112390_ UNIT & CELL NUMBER: _J-4_

SIGNATURE: _Donald Cox_   Debra Hope Notary   my commission expires 10-8-07   WORK ASSIGNMENT: _____

### DO NOT WRITE BELOW THIS LINE

DISPOSITION:

STAFF MEMBER _____     DATE _____

DOC 090124D (R 6/05)

# OSCN
### THE OKLAHOMA STATE COURTS NETWORK
www.oscn.net

| Home | Courts | Court Dockets | Legal Research | Calendar | Help |

| Previous Section | Top Of Index | This Point in Index | Citationize | Next Section |

Title 21. Crimes and Punishments

## Oklahoma Statutes Citationized
### Title 21. Crimes and Punishments
#### Chapter 12 - Escape and Aiding Escape
##### Section 443 - Escape from Penal Institutions

### This Statute Will Be Superseded
### Effective: 11/01/2005

Cite as: O.S. §. __ __

A. Any person having been imprisoned in a county or city jail or detained in a juvenile detention facility awaiting charges on a felony offense or prisoner awaiting trial or having been sentenced on a felony charge to the custody of the Department of Corrections who escapes from a juvenile detention facility while actually confined therein or escapes from a county or city jail, either while actually confined therein, while permitted to be at large as a trusty, or while awaiting transportation to a Department of Corrections facility for execution of sentence, shall be guilty of a felony punishable by imprisonment of not less than one (1) year nor more than seven (7) years.

B. Any person who is an inmate in the custody of the Department of Corrections who escapes from said custody, either while actually confined in a correctional facility, while assigned to an alternative to incarceration authorized by law, while assigned to the Preparole Conditional Supervision Program as authorized by Section 365 of Title 57 of the Oklahoma Statutes or while permitted to be at large as a trusty, shall be guilty of a felony punishable by imprisonment of not less than two (2) years nor more than seven (7) years.

C. For the purposes of this section, an inmate assigned to an alternative to incarceration authorized by law or to the Preparole Conditional Supervision Program shall be considered to have escaped if the inmate cannot be located within a twenty-four hour period or if he fails to report to a correctional facility or institution, as directed.

*I was arrested at Center, not streets*

D. For the purposes of this section, if the individual who escapes has felony convictions for offenses other than the offense for which he was serving imprisonment at the time of his escape, those previous felony convictions may be used for enhancement of punishment pursuant to the provisions of Section 434 of this act. The fact that any such convictions may have been used to enhance punishment in the sentence for the offense for which he was imprisoned at the time of the escape shall not prevent such convictions from being used to enhance punishment for the escape.

### Historical Data

Added by Laws 1939, p. 6, § 1; Amended by Laws 1943, p. 83, § 1; Amended by Laws 1974, c. 285, § 15, emerg. eff. May 29, 1974; Amended by Laws 1976, c. 175, § 1, emerg. eff. May 31, 1976; Amended by Laws 1983, c. 47, § 1. eff. November 1, 1983; Amended by Laws 1986, c. 89, § 1, eff. November 1, 1986; Amended by Laws 1988, c. 109, § 23, eff. November 1, 1988; Amended by Laws 1988, c. 310, § 9, operative July 1, 1988; Amended by Laws 1993, c. 276, § 12, emerg. eff. May 27, 1993; Amended by Laws 1994, c. 290, § 50, eff. July 1, 1994; Amended by Laws 1997, HB 1213, c. 133, § 194, (effective date amended to July 1, 1999, by Laws 1998, 1st Extr. Sess., c. 2, §§ 23-26, eff. June 19, 1998) (superseded document available); Amended by Laws 1999, 1st Extr. Sess., HB. 1009, § 109, emerg. eff. July 1, 1999 (superseded document available ).

### Citationizer® Summary of Documents Citing This Document

None Found.

**PRISONER REQUEST FOR LEGAL MATERIALS**

| PRISONER NAME | | | |
|---|---|---|---|
| Donald COX- 8112399 | | | |

| FACILITY | CELL NO. | DATE & TIME | DATE & TIME REQUEST RECEIVED |
|---|---|---|---|
| DaviDL. moss J-4 C2 | 9-26 | | 9/27/05 |

| BOOK TITLES |
|---|
| Doc ops I would like to view the Doc OPS for escApe At A HAlf-way house or eny matirel that would be helpful Thanks for your help in this matter |

| LAW LIBRARY OFFICER | DATE REQUEST FILLED |
|---|---|
| | 9/28/05 |

| PRISONER RECEIVING LEGAL MATERIAL | DATE |
|---|---|
| Donald Cot | |

**WARNING:** Prisoners who destroy, mutilate or steal Tulsa County Detention Division or Court's Legal Materials shall be subject to prosecution and disciplinary action.

**NOTE:** Prisoners may only request 5 books per weekday with 24 hour notice.

White – Law Library                      Yellow – Prisoner's Copy

Form 1800 (Rev. 7-97)

TULSA COUNTY SHERIFF
David L. Moss Criminal Justice Center

## INMATE REQUEST FORM

TO: _Sgt. Darby_                                    DATE: _9-27-05_

(List Name of Staff and/or Position)

FROM: _Donald COX_            _0112399_      _J-4_

Inmate Name (Printed)          Inmate Number      Housing

RECEIVED: _M. Major_                          DATE: _9-27-05_

(Detention Officer)

REQUEST: _would like Copy of My_

_TRacis Report_          _Thank you_

INMATE SIGNATURE: _Donald cox_

STAFF RESPONSE: _See Attached_

STAFF SIGNATURE: _Sgt H Howe_          DATE: _9-28-05_

**THIS IS NOT A GRIEVANCE**

Form 5042 QPC (6-05)          Original - Inmate      Canary - Records

# OKLAHOMA STATE DEPARTMENT OF CORRECTIONS - Consolidated Record Card

**Name**
CLARK, DONALD

**DOC Number** 215181
**DOC Reception Date** 10/05/2004
**Gender** MALE
**Race** BLACK
**Height** 5'9"
**Weight** 200 lbs
**Hair** BLACK
**Right Eye** BROWN

**Alias Names and Additional SSN**
COX, DONALD CLARK

**SSN** 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
**OSBI Number** 234793
**FBI Number** 623543T10

**Date Of Birth** 09/29/1958
**Victim Notification** NO
**Parole Eligibility** 01/2005

**Religion**

**Skills** GENERAL LABOR

**Emergency Contact:** COX, EARLEAN
**Telephone Number:** (918) 4250500

**Contact Address: 4614 N BOULDER**
TULSA
OK
**Zip Code: 74126**

| CRF | Count No. | J & S Date | County of Prosecution | Offense Description | ETC | Sentences |
|-----|-----------|-----------|----------------------|---------------------|-----|-----------|
| 2003-3272 | 1 | 09/09/2004 | TULSA | DUI ALCOHOL - 2ND OFFENSE | NO ETC | 3 YR CC |

## Movement History

| From | To | Date | Classification/Job Action | Date | Charge | Disciplinary Record Code | Date | Punishment | Code |
|------|-----|------|---------------------------|------|--------|--------------------------|------|-----------|------|
| TULJ | LARC | 10/05/2004 | | 10/13/04 | | | | | |
| LARC | UKCC | 10/21/2004 | | | | | | | |
| UKCC | LARC-DC | 10/28/04 | | | | | | | |

OMS0024D

COX, DONALD CLARK

DOC Number
215181

Date Received
10-05-2004

Jail Time
226

85% Date

| Year 2004 | Time Served | Earned | Other | Lost | Month Net | Remaining | Comments |
|---|---|---|---|---|---|---|---|
| JAN | | | | | | | |
| FEB | | | | | | | Ⓐ JT 226 |
| MAR | | | | | | | Ⓑ DRC 19 |
| APR | | | | | | | |
| MAY | | | | | | | 9L2 10-05-04 |
| JUN | | | | | | | |
| JUL | | | | | | | Ⓓ LJ 2-1-05 |
| AUG | | | | | | | |
| SEP | | | | | | | |
| OCT | 27 | 9 19 | AB) 245 | | 291 | 1095 804 | |
| NOV | 30 | 22 | | | 52 | 752 | |
| DEC | 31 | 22 | | | 53 | 699 | |
| Year Total | | | | | | | |
| JAN | 31 | 22 | | | 53 | 646 | |
| FEB | 28 | 45 | | | 73 | 573 | HWH ELIG. |
| MAR | 31 | 45 | | | 76 | 497 | |
| APR | 30 | 45 | | | 75 | 422 | |
| MAY | 30 | 45 | | | 76 | 346 | |
| JUN | 30 | 45 | | | 75 | 271 | |
| JUL | 31 | 60 | | | 91 | 180 | |
| AUG | 31 | 60 | | | 91 | 89 | ARD 9-30-05 |
| SEP | 30 | 60 | | | 90 | | |
| OCT | 31 | 60 | | | 91 | | |
| NOV | 30 | 60 | | | 90 | | |
| DEC | 31 | 60 | | | 91 | | |
| Year Total | | | | | | | |
| JAN | | | | | | | |
| FEB | | | | | | | |
| MAR | | | | | | | |
| APR | | | | | | | |
| MAY | | | | | | | |
| JUN | | | | | | | |
| JUL | | | | | | | |
| AUG | | | | | | | |
| SEP | | | | | | | |
| OCT | | | | | | | |
| NOV | | | | | | | |
| DEC | | | | | | | |
| Year Total | | | | | | | |
| JAN | | | | | | | |
| FEB | | | | | | | |
| MAR | | | | | | | |
| APR | | | | | | | |
| MAY | | | | | | | |
| JUN | | | | | | | |
| JUL | | | | | | | |
| AUG | | | | | | | |
| SEP | | | | | | | |
| OCT | | | | | | | |
| NOV | | | | | | | |
| DEC | | | | | | | |
| Year Total | | | | | | | |
| TOTAL | | | | | | | |

OMS0024B

**Date:** 15-Nov-2005
**Time:** 2:51 PM

# David L. Moss Criminal Justice Center

## Offenses

**Page:** 1 of 1

**Person Id:** 0112399     COX, DONALD CLARK

**Booking Id:** 1111141

| Case # | Offense Type | Offense Description | Bond | Judge | Status | Date | Time |
|--------|--------------|---------------------|------|-------|--------|------|------|
| | FELONY | ESCAPE PENITENTIARY | $50,000 | ARR | 312 - Not Filed By | 09/19/05 | 14:18 |
| | FELONY | HOLD/ FOR DOC | $0 | | HDO - Hold DOC | | |
| | | DELETE | | | DEL - Deleted Char | 11/10/05 | 9:52 |

Case 4:05-cv-00690-HDC-saj  Document 1  Filed in USDC ND/OK on 12/07/05  Page 34 of 37

*Citationizer: Table of Authority*

None Found.

Oklahoma Department of Corrections

Time Sheet

For the Month of :   September 30,

Current Days Remaining Report for:    215181        COX, DONALD C

Case Supervisor:    WOODWORTH, ALLEN

Housing Unit:   D2CCC-TULSA CO JAIL

CRF #   2003-3272      Counts:  1

| Effective date | Time Served | Earned | Lost | Other | Month Net | Days Remaining |
|---|---|---|---|---|---|---|
| 31 AUG 2005 |  |  |  |  |  | 88 69 |
| 30 SEP 2005 | 30 | 18 | 365 | 0 | -319 | 406 |

Comments:

OMS0025M

## SALLY HOWE SMITH
### COURT CLERK

Tulsa County Courthouse
Tulsa, Oklahoma 74103-3844

500 South Denver, Rm. 200
(918) 596-5000

Date: __10/27/03__

_____ Pursuant to *Title 28 O.S. Section 31*, and a ruling by the Supreme Court in Kenneth Williams vs. Don Austin #83,872, there is a charge for copies.  $1.00 for the first page and .50 for each additional page, **per document**.  If you are unable to pay for copies, you must petition the Court to grant you copies at state expense.  This should be presented and processed as any other motion/petition.  The fact that you may have been declared a pauper, or granted an appeal in forma pauperis, does not allow you to receive copies from this office without charge; **that is a separate privilege you must request of the Court.**

_____ Your documents/pleadings were received and filed in your case this day.  For your convenience, and the Court's, we have forwarded a copy of your pleading(s) to the District Attorney for response, and to the Court for ruling.  In the future, if you wish a date-stamped copy returned to you, **it will be necessary for you to enclose an extra copy for that purpose.**  As stated above, there is a statutory charge for all copies unless otherwise directed by the Court.

__X__ The total costs of the copies you have requested is $____0^00____.  Please send check or money order in this amount, payable to the COURT CLERK, **restating your request.** *Tracis Report & Docket Sheet NF 05-6330*

_____ As stated in paragraph one, there is a statutory charge for all copies.  Since your request is general and not specific, we suggest you purchase a copy of the appearance docket(s) at a cost of $_____.  You will then be able to request specific document and we will be able to accurately quote you the cost.

Respectfully,

SALLY HOWE SMITH, Court Clerk
Tulsa County, Oklahoma

By: _Kimberly Rudolfa_
Deputy Court Clerk
Criminal/Traffic Division

**DM58032-R01**

Date: '05-Dec-2005  Time: 6:10 AM

## David L. Moss Criminal Justice Center

### Current Inmates by Pod in Name Order

Page: 38 of 59

Inmates in Pod   J4

| Cell | DLM Number | Name of Inmate | DOB | Race | Gender | Book Date | Custody Level | Days |
|---|---|---|---|---|---|---|---|---|
| J4-XX-1 | 1140479 | ADEDIBU, ADEKUNLE KAMARUDEEN | 4/3/1985 | B | M | 11/7/2005 | 2 | 28 |
| J4-H-1 | 9909160 | ADKISM, MICHAEL WAYNE, JR | 12/3/1981 | B | M | 12/1/2005 | | 4 |
| J4-V-2 | 1126718 | AGUIRRE, JEREMY LEE | 12/15/1984 | W | M | | | |
| J4-M-2 | 0924506 | ALEXANDER, JR., CHESTER | 4/20/1964 | B | M | 8/25/2005 | | 102 |
| J4-P-2 | 1141597 | BAILEY, JAMIE | 9/29/1974 | B | M | 2/10/2005 | | 298 |
| J4-S-1 | 0085103 | BAKER, JEFFERY DON | 7/28/1960 | W | M | 11/10/2005 | | 25 |
| J4-KK-1 | 1131093 | BARE, ROBERT VICTOR AKA ANTHON | 4/24/1983 | W | M | 11/4/2005 | | 31 |
| J4-UU-1 | 9901883 | BATES, ISAAC ALEXANDER | 8/10/1980 | W | M | 8/22/2005 | | 105 |
| J4-AA-1 | 9609091 | BAUDER, JASON DANIEL | 10/4/1979 | W | M | 11/29/2005 | | 6 |
| J4-OO-2 | 1145851 | BOWERS, RANDY LEE | 11/15/1974 | W | M | 10/17/2005 | | 49 |
| J4-B-1 | 0154483 | BROWN, BILL CHARLES | 8/15/1971 | W | M | 9/23/2005 | | 73 |
| J4-UU-2 | 0933587 | BROWN, MICHAEL NEAL | 10/27/1970 | W | M | 11/7/2005 | | 28 |
| J4-MM-2 | 0090308 | BULLOCK, DARRYL ADRIAN | 9/23/1962 | B | M | 5/4/2005 | | 215 |
| J4-L-1 | 9808853 | CAMPBELL, ANTHONY DEJUAN | 6/22/1980 | B | M | 11/21/2005 | | 14 |
| J4-CC-1 | 1103900 | CANNON, CRAIG MICHAEL | 11/2/1982 | W | M | 10/17/2005 | | 49 |
| J4-O-2 | 1148018 | CARTER, GLEN ALLEN | 8/31/1925 | W | M | 9/28/2005 | | 68 |
| J4-RR-2 | 0920205 | CELESTINE, MARCO JEROME | 9/3/1973 | B | M | 6/24/2005 | | 164 |
| J4-TT-1 | 9808769 | COILS, ISAAC LEE | 6/2/1979 | W | M | 1/7/2004 | | 698 |
| J4-C-2 | 0112399 | COX, DONALD CLARK | 9/29/1958 | B | M | 9/11/2005 | | 85 |
| J4-LL-2 | 0070822 | CRAWFORD, MICHAEL SANTANA | 5/21/1961 | B | M | 7/29/2005 | | 129 |
| J4-I-1 | 9706191 | DAVIS, MARCELL | 8/24/1979 | B | M | 10/30/2005 | | 36 |
| J4-A-1 | 0112139 | DELOZIER, RAYMOND DRURY | 6/30/1965 | W | M | 10/7/2005 | | 59 |
| J4-V-1 | 1136656 | DETER, JUSTIN CECIL | 4/19/1985 | W | M | 7/20/2005 | | 138 |
| J4-MM-1 | 9900524 | DUNN, JASON ERIC | 10/22/1972 | W | M | 12/5/2005 | | 0 |
| J4-T-1 | 1100213 | ECHOLS, CREIG ANTHONY | 7/9/1985 | B | M | 8/1/2005 | | 126 |
| J4-F-2 | 1131786 | EMBRY, ROBERT DALE | 9/3/1985 | B | M | 12/3/2005 | | 2 |
| J4-Q-1 | 1107783 | EZECHUKWU, BERNARD OGOMEGBU | 8/11/1983 | B | M | 5/5/2005 | | 214 |
| J4-T-2 | 0057600 | FINNEY, TERRY CLAYTON | 3/8/1957 | W | M | 11/18/2005 | | 17 |
| J4-SS-1 | 1142238 | GIEFER, JEREMY ANDREW | 6/27/1986 | W | M | 1/20/2005 | | 319 |
| J4-F-1 | 1149492 | GONZALES-AUGLES, FERNANDO | 6/3/1983 | H | M | 12/3/2005 | | 2 |